**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Thomas C. GORDON, Respondent.**

**No. 64 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 2, 1998.

**ORDER**

PER CURIAM:

AND NOW, this 2nd day of June, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 6, 1998, it is hereby

ORDERED that THOMAS C. GORDON be and he is SUSPENDED from the Bar of this Commonwealth for a period of five (5) years, retroactive to October 24, 1994, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**In the Matter of L. Edward GLASS.**

**No. 100, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 2, 1998.

**ORDER**

PER CURIAM:

AND NOW, this 2nd day of June, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 27, 1998, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.